1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
3  Benjamin D. Seal
   Assistant United States Attorney
4  402 E. Yakima Ave., Suite 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 4 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JESUS HUMBERTO TORRES-LOPEZ,

  Defendant.

INDICTMENT    1:24-CR-2086-SAB-1

Vio: 21 U.S.C. §§ 841(a)(1),
(b)(1)(A)(viii), (vi) & 846
Conspiracy to Distribute
Methamphetamine and
Fentanyl
(Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Distribution of 500 Grams of
Methamphetamine
(Count 2)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(vi)
Distribution of 40 Grams of
Fentanyl
(Count 3)

21 U.S.C. § 841(a)(1),
(b)(1)(C)
Distribution of Cocaine
(Count 4)

INDICTMENT – 1

|| 21 U.S.C. § 853
|| Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown but by on or about June 1, 2024, and continuing to on or about November 8, 2024, in the Eastern District of Washington and elsewhere, the Defendant, JESUS HUMBERTO TORRES-LOPEZ, did knowingly and intentionally combine, conspire, confederate and agree together with other persons, both known and unknown to the Grand Jury, to commit the following offenses: distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about June 28, 2024, in the Eastern District of Washington, the Defendant, JESUS HUMBERTO TORRES-LOPEZ, knowingly distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT 3

On or about July 20, 2024, in the Eastern District of Washington, the Defendant, JESUS HUMBERTO TORRES-LOPEZ, knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-

INDICTMENT – 2

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

## COUNT 4

On or about September 13, 2024, in the Eastern District of Washington, the Defendant, JESUS HUMBERTO TORRES-LOPEZ, knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1 - 4 of this Indictment, Defendant, JESUS HUMBERTO TORRES-LOPEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 4th day of December 2024.

A TRUE BILL



_____
Vanessa R. Waldref
United States Attorney

_____
Benjamin D. Seal      *Lisa C. Carter-Group for Ben Seal*
Assistant United States Attorney

INDICTMENT – 4